UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
AARON HALEGUA,
Plaintiff(s)

26 civ 4648 (JGK)

-against-

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
Defendant(s).
----------------------------------------------------------------X

**ORDER**

The conference scheduled for Tuesday, September 22, 2026, at 3:30pm, is canceled.

**SO ORDERED.**

John G. Koeltl

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
September 17, 2026